# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | | |
|---|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS, OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, | ) ) ) ) | |
| Plaintiff, | ) ) | 08 C 7315 |
| v. | ) ) ) | Honorable Judge Holderman Magistrate Brown |
| WILL COUNTY RECYCLING, INC., | ) ) | |
| Defendants. | ) | |

## MOTION TO WITHDRAW

Now comes John J. Conway, and Sullivan Hincks & Conway, and hereby moves this Court to enter an Order granting John J. Conway, and Sullivan Hincks & Conway leave to withdraw its appearance on behalf of the Defendant, Will County Recycling, Inc. and to withdraw from further representation, and in support thereof state as follows:

1. The electronic docket in this matter indicates that on May 12, 2009 the Court has entered an Order requiring the undersigned to appear at a status conference and show cause why he has not filed a response to the Plaintiff's motion to strike the defendant's affirmative defenses.

2. Upon receiving the Plaintiff's Motion to Strike the Affirmative defenses after a Court appearance, the undersigned contacted the Defendant to obtain further information pursuant to the undersigned's obligations under Rule 11 to allow a response to the motion to be filed or alternatively to allow for amended affirmative defenses to be filed. The undersigned has not had any response from the Defendant and no further contact.

3. On May 12, 2009, the undersigned again contacted the Defendant by e-mail and

1

phone. At the time of this writing the undersigned has not received a response.

4. The last known mailing address of the Defendant is 2314 Douglas Street, Joliet Illinois 60435. A copy of this motion and the notice of motion were forwarded to the Defendant at that address and via e-mail.

5. Pursuant to Local Rule 83.17 of the United States District Court for the Northern District of Illinois and Rule 11 of the Federal Rules of Civil Procedure, the undersigned requests this Court grant him leave to withdraw as attorney of record for the Plaintiff.

WHEREFORE, John J. Conway and Sullivan Hincks & Conway, pray this Court grant them leave to withdraw as counsel for the Defendant, Will County Recycling, Inc., and for such other relief as this Court deems just.

Dated: May 12, 2009

Respectfully submitted,
Will County Recycling, Inc.

By: /s/ John J. Conway
One of Its Attorneys

John J. Conway
Sullivan Hincks & Conway
120 West 22nd Street, Suite 100
Oak Brook, IL 60523
(630) 573-5021

## CERTIFICATE OF SERVICE

I, John J. Conway, hereby certify that I served a copy of the attached Motion to Withdraw on Plaintiff's Counsel on May 12, 2009 via electronic filing notice and via first class U.S. Mail by depositing the same in the U.S. mailbox located at 120 West 22nd Street, postage pre-paid on the date indicated above.

/s/ John J. Conway

John J. Conway
Sullivan Hincks & Conway
120 West 22nd Street
Suite 100
Oak Brook, Illinois 60523
(630) 573-5021