IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, ) ) ) ) | |
| Plaintiffs, ) | |
| ) | No. 08 C 7315 |
| v. ) | |
| ) | Judge Holderman |
| WILL COUNTY RECYCLING, INC., ) an Illinois corporation ) | Magistrate Judge Brown |
| ) | |
| Defendant. ) | |

## MOTION FOR JUDGMENT IN SUM CERTAIN

NOW COMES the Plaintiff, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUND, by and through its attorney, JOHN J. TOOMEY, ARNOLD AND KADJAN, pursuant to this Court's Order of May 21, 2009 and pursuant to FRCP 55 move for entry of a default judgment in sum certain as stated in this Complaint and the supporting Affidavits attached hereto.  In support of its Motion, Plaintiffs state as follows:

1. Suit was filed on December 22, 2008 for collection of delinquent contributions plus attorneys' fees, costs and interest under 29 U.S.C. 1132(g)(2).

2. Service upon WILL COUNTY RECYCLING, INC., an Illinois corporation was made on the Defendant on January 29, 2009, and a copy of the proof of service was filed with the court on February 3, 2009.  Plaintiffs initially filed for default on February 27, 2009.

3. The corporation retained counsel, who answered the Complaint, but failed to respond to discovery or oppose Plaintiffs' Motion to Strike Affirmative Defenses.

4. On May 12, 2009, the Court ruled that if Defendant's counsel fails to appear on May 26, 2009 at 9:00 a.m., the Court will summarily grant Plaintiffs' Motion to Strike Affirmative Defenses.

5. On May 21, 2009 Defendant's counsel withdrew. The corporation was given until June 16, 2009 to obtain new counsel and file an appearance by June 16, 2009, The Order provided:

> "If Defendant does not attain counsel and file appearance of counsel, the Defendant will be in default."

6. No new counsel was retained by Defendant and the corporation is in default, nor has any opposition to striking the affirmative defenses ever been filed.

7. Defendant is in default per the Court's May 21, 2009 Order as alleged in the Complaint and as supported by the attached Affidavits the sums due are:

```
$87.964.31  Welfare
$20,250.78  Pension
   $925.00  Attorneys fees
   $467.00  Court costs
$109,607.09
```

WHEREFORE, Plaintiff prays for:

1. Entry of judgment against Defendant, WILL COUNTY RECYCLING, INC., an Illinois corporation, and in favor of Plaintiffs, TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS in the amount of $109,607.09.

2. Grant Plaintiffs any other relief deemed equitable and just under the circumstances.

TRUSTEES OF THE SUBURBAN TEAMSTERS
OF NORTHERN ILLINOIS WELFARE AND
PENSION FUNDS

s/John J. Toomey
ARNOLD AND KADJAN
19 W. Jackson Blvd., Suite 300
Chicago, IL 60604
Telephone No.: (312) 236-0415
Facsimile No.: (312) 341-0438
Dated: June 17, 2009