IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, | ) ) ) ) |
| Plaintiffs, | ) ) ) No. 08 C 7315 |
| v. | ) ) Judge Holderman |
| WILL COUNTY RECYCLING, INC., an Illinois corporation | ) ) Magistrate Judge Brown ) |
| Defendant. | ) |

ORDER OF JUDGMENT

This matter coming to be heard upon Plaintiff's Motion for Judgment in a sum certain and the court being fully advised in the premises,

IT IS HEREBY ORDERED AS FOLLOWS:

That judgment is entered in favor of the Plaintiff TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS and against the Defendant, WILL COUNTY RECYCLING, INC., an Illinois corporation in the amount of $109,607.09, enforcement to be stayed until July 16, 2009.

.

    Date:   June 23, 2009

    Entered:

_____
JUDGE JAMES F. HOLDERMAN