## United States District Court for the Northern District of Illinois

Case Number: 08CV7315    Assigned/Issued By: J. N.

Judge Name: _____    Designated Magistrate Judge: _____

---

**FEE INFORMATION**

*Amount Due:* ☐ $350.00  ☐ $39.00  ☐ $5.00
☐ IFP  ☐ No Fee  ☐ Other _____
☐ $455.00

Number of Service Copies _____    Date: _____

(For Use by Fiscal Department Only)

Amount Paid: _____    Receipt #: _____

Date Payment Rec'd: _____    Fiscal Clerk: _____

---

**ISSUANCES**

☐ Summons                              ☐ Alias Summons

☐ Third Party Summons                  ☐ Lis Pendens

☐ Non Wage Garnishment Summons         ☐ Abstract of Judgment

☐ Wage-Deduction Garnishment Summons   _____
                                       _____
☑ Citation to Discover Assets          (Victim, Against and $ Amount)

☐ Writ _____
       (Type of Writ)

_1_ Original and _1_ copies on _8-14-09_ as to _MS. JANET TRAYER_
                               (Date)
NO NOTICE FILED
_____

C:\wpwin80\docket\feeinfo.frm    03/14/05