UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

TRUSTEES OF THE
SUBURBAN TEAMSTERS et.al.
v.
WILL COUNTY RECYCLING, INC.

Case # 08 C 7315

## AFFIDAVIT OF SPECIAL PROCESS SERVER

Scott Pacult, an investigator with The Argus Agency, Inc., a licensed Illinois private detective agency (IL license # 117-000215), located at 1480 Renaissance Drive, Suite 208, Park Ridge, IL 60068, hereby states as follows:

1. That I served the within CITATION TO DISCOVER ASSETS

   on the within named

   WILL COUNTY RECYCLING, INC c/o ITS REGISTERED AGENT ROBERT PRUIM

   by personally serving a copy to the individual on AUGUST 17, 2009

2. That the sex, race and approximate age of the person with whom the above document was served upon were as follows:

   sex M   race W   approximate age 35-40   other SHORT LIGHT COLORED HAIR

   That the place where and the date and time when the above document was served upon the person were as follows:

   place RESIDENCE - 120 4TH ST, DOWNERS GROVE, IL
   date AUGUST 17, 2009   time 8:00 PM

Under the penalties as provided by law pursuant to Section 1-109 of the Code of Civil Procedure, the undersigned certifies that the statements set forth in this instrument are true and correct, except as to matters therein stated to be on information and belief and as to such matters the undersigned certifies as aforesaid that he verily believes the same to be true

_____
Special Process Server

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

TRUSTEES OF THE SUBURBAN TEAMSTERS )
OF NORTHERN ILLINOIS WELFARE AND )
PENSION FUNDS, )
             )
    Plaintiffs, )
             ) No. 08 C 7315
  v. )
             ) Judge Holderman
WILL COUNTY RECYCLING, INC., )
an Illinois corporation ) Magistrate Judge Brown
             )
    Defendant. )

## CITATION TO DISCOVER ASSETS

To: Will County Recycling, Inc.
   an Illinois corporation
   c/o Its Registered Agent and President
   Robert J. Pruim
   120 4th Street
   Downers Grove, Illinois 60515

   **YOU ARE COMMANDED** to appear at 19 W. Jackson Boulevard, Suite 300, Chicago, Illinois 60604, at 1:00 p.m. on August 27, 2009, to be examined under oath concerning the property or income of, or indebtedness due Defendant. Judgment was entered against Defendant Will County Recycling, Inc. an Illinois corporation, and for Plaintiffs on June 23, 2009, in the principal amount of $109,607.09. A copy of the Judgment entered by Judge Holderman was filed with the Clerk of the Court.

   **YOU ARE COMMANDED** to produce at the examination all books, papers or records in your possession or control which may contain information concerning the property or income of Defendant or indebtedness due them.

   **WARNING:** Your failure to appear as herein directed may cause you to be arrested and brought before the Court to answer to a charge of contempt of court, which may be punishable by imprisonment in the County Jail.

The books and records to be produced include all personal and business or corporate checkbooks, check registers, books of account, ledger books, income and payroll tax returns and supporting documents including schedules, bank books, information regarding loans applied for and received and payments made and due, information regarding all real or personal property owned by Defendant or in which they hold any interest whatsoever, information regarding any trust or estate in which Defendant holds any interest whatsoever, records regarding all accounts receivable or amounts due to Defendant for any reason, records regarding all indebtedness of Defendant including documents creating such indebtedness and any related security interests, records regarding stocks, bonds, powers of appointment or insurance policies held by Defendant or of which they are or may be beneficiaries, records regarding all bonds or sureties for wages or performance of all construction projects of Defendant, and records regarding all jewelry, art objects and other personal property owned by Defendant.

YOU ARE PROHIBITED from making or allowing any transfer or other disposition of, or interfering with, any property not exempt from execution or garnishment belonging to the Defendant or to which they may be entitled or which may be acquired by or become due to them and from paying over or otherwise disposing of any money not so exempt, which is due or becomes due to them, until the further Order of this Court or termination of these proceedings. You are not required to withhold the payment of any money beyond double the amount of the judgment.

**YOUR FAILURE TO COMPLY WITH THIS CITATION MAY SUBJECT YOU TO PUNISHMENT FOR CONTEMPT OF THIS COURT OR TO A JUDGMENT FOR THE AMOUNT UNPAID.**

WITNESS, AUG - 5 2009 _____ 2009

**MICHAEL W. DOBBINS**

CLERK OF THE COURT

*Ynette Menton*
DEPUTY CLERK

John J. Toomey
ARNOLD & KADJAN
Attorneys for Plaintiffs
19 West Jackson Boulevard
Chicago, Illinois 60604
(312) 236-0415

## CERTIFICATE OF ATTORNEY

1. Judgment in the amount of $109,607.09 entered on June 23, 2009 attached).

2. Name of Court: United States District Court for the Northern District of Illinois, Eastern Division.

3. Case No. 08 C 7315.

I, the undersigned, certify under penalties as provided by law pursuant to 735 ILCS 5/1-109 to the Court that the foregoing information is true.

By: _____
One of Plaintiffs' Attorneys

Arnold and Kadjan
19 W. Jackson Blvd.
Chicago, Illinois 60604
(312) 236-0415

3

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS, | ) ) ) ) |
| Plaintiffs, | ) ) |
| v. | ) No. 08 C 7315 ) ) Judge Holderman |
| WILL COUNTY RECYCLING, INC., an Illinois corporation | ) ) Magistrate Judge Brown ) |
| Defendant. | ) |

## ORDER OF JUDGMENT

This matter coming to be heard upon Plaintiff's Motion for Judgment in a sum certain and the court being fully advised in the premises,

IT IS HEREBY ORDERED AS FOLLOWS:

That judgment is entered in favor of the Plaintiff TRUSTEES OF THE SUBURBAN TEAMSTERS OF NORTHERN ILLINOIS WELFARE AND PENSION FUNDS and against the Defendant, WILL COUNTY RECYCLING, INC., an Illinois corporation in the amount of $109,607.09, enforcement to be stayed until July 16, 2009.

Date:   June 23, 2009

Entered:

_____
JUDGE JAMES F. HOLDERMAN